Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 962 | **DATE** | 3/24/2005 |
| **CASE TITLE** | Robert Bopes vs. Encore Receivable Management, Inc. | | |

**DOCKET ENTRY TEXT:**

The above cause is dismissed without prejudice, with leave to reinstate within thirty (30) days.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|